FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMIE JAUREGUI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LARRY SCRIBNER, Warden,<br><br>　　　　　Respondent. | NO. CV 05-5509 GW (FMO)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

　　　1.　　Judgment shall be entered dismissing the action with prejudice.

　　　2.　　The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: _Jan. 10_____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ George H. Wu_
　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE