JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMIE JAUREGUI, ) | NO. CV 05-5509 GW (FMO) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| LARRY SCRIBNER, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Jan. 10, 2007.

/s/ George H. Wu
GEORGE H. WU
UNITED STATES DISTRICT JUDGE